NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

G.C., )
                    )
        Appellant, )
                    )
v. )      Case No. 2D19-2082
                    )
STATE OF FLORIDA, )
                    )
        Appellee. )
_____)

Opinion filed September 9, 2020.

Appeal from the Circuit Court for Polk
County; Melissa Gravitt, Judge, and
Mark Hofstad, Senior Judge.

Howard L. Dimmig, II, Public Defender,
and Carly J. Robbins-Gilbert, Assistant
Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Pamela Cordova
Papasov, Assistant Attorney General,
Tampa, for Appellee.


PER CURIAM.

        Affirmed.


CASANUEVA, SILBERMAN, and BLACK, JJ., Concur.